# JOINT STIPULATION OF SETTLEMENT AND RELEASE

This Joint Stipulation of Settlement and Release (this "**Agreement**") is entered into as of the date last executed below by, between and among (a) Calvin Hill, Michael Dey, Josh Armstrong, Ray Magera, and Tim Klauck, ("**Representative Plaintiffs**") individually and on behalf of all collective class members as defined herein and (b) Great Lakes Cheese Co., Inc. ("**Defendant**" or "**GLC**"). Collectively, Hill, Dey, Armstrong, Magera, Klauck and GLC shall be referred to as the "**Parties**."

WHEREAS, the Representative Plaintiffs filed a lawsuit in the United States District Court for the Northern District of Ohio, titled *Calvin Hill, et al. v. Great Lakes Cheese Co., Inc.*, Case No. 1:18-cv-00172 ("**Action**"), alleging that Defendant violated the Fair Labor Standards Act (FLSA) and state laws in New York, Ohio, and Wisconsin by failing to pay Plaintiffs and other similarly-situated employees overtime pay for time spent donning and doffing required uniforms and personal protective equipment at Defendant's Cuba, NY; Hiram, OH, Manchester, TN, and Seymour, WI facilities;

WHEREAS, Defendant has denied and continues to deny that it violated any federal or state laws, breached any duty, failed to pay any employees as required by the FLSA or any state law, engaged in any other unlawful conduct with respect to any of its employees, including, but not limited to, the allegations that Plaintiffs raised, or could have raised, in the Action;

WHEREAS, a bona fide dispute exists between the named Plaintiffs and Defendant as to the award, if any, of overtime compensation owed to the named Plaintiffs and potential collective action members;

WHEREAS, the named Plaintiffs and Defendant have exchanged initial factual disclosures, exchanged payroll records, and engaged experts to review voluminous timekeeping and pay records. This document exchange enabled the parties to understand and assess the detail and substance of their respective claims and defenses;

WHEREAS, the parties began settlement discussions that eventually led to a settlement being reached after engaging in mediation with a mediator on September 28, 2018. The terms of the settlement agreement have been reflected in this Agreement and, subject to Court approval, will fully and finally settle, resolve, and dismiss with prejudice this dispute.

WHEREAS, Plaintiffs agree to amend their complaint to withdraw their FLSA and state-law claims as they pertained to employees who formerly or who currently work at Defendant's Cuba, NY and Seymour, WI facilities, and further, to withdraw their state-law claims as they pertained to employees who formerly or who currently work at Defendant's Hiram, Ohio facility;

WHEREAS, with this settlement, the Parties desire to avoid incurring further burdens, expenses, and costs of the Action and seek to resolve, in an amicable fashion, all matters arising out of, or related to, the Action and any claims that could have been raised by Plaintiffs in the Action; and

WHEREAS, Plaintiffs' counsel has analyzed and evaluated the merits of the claims made against Defendant and the impact of this Agreement on Plaintiffs, and, recognizing the

EXHIBIT 1

significant risks of continued litigation, including the possibility that Plaintiffs otherwise may not recover anything or may recover an amount less than provided for in this Agreement, Plaintiffs' counsel has concluded that the terms and conditions of this Agreement are reasonable and fair and the Agreement is in Plaintiffs' best interests.

NOW THEREFORE, in consideration of the mutual covenants and promises set forth in the Agreement, as well as the good and valuable consideration provided for herein, the Parties agree to a full and complete settlement of the Action on the following terms and conditions:

1. **DEFINITIONS**

1.1. **Action**. Action means the above-captioned case.

1.2. **Agreement**. Agreement means this Settlement Agreement and Release.

1.3. **Approval Order**. Approval Order means the Order entered by the Court that approves the Settlement, directing the manner and timing of providing Collective Action Notices to the Collective Class Members, the distribution of the Settlement Fund, and that dismisses the Action.

1.4. **Consent to Join Form**. Consent to Join Form refers to the Consent to Join and Release Form that a Collective Class Member must sign and return to the Settlement Administrator to receive a Settlement Check and become a Collective Class Member, attached hereto as Exhibit B.

1.5. **Collective Action Notice**. Collective Action Notice means the Court-approved Notice of Settlement of Collective Action Lawsuit attached hereto as Exhibit A.

1.6. **Collective Class Members**. Collective Class Members are those individuals who worked at Defendant's Hiram or Manchester facilties at any time during the Relevant Period in the positions of Bulk Cheese Handler, Bulk Packer, Case Packer, Line Attendant, or Machine Operator and who timely and properly submit a Consent to Join Form, attached hereto as Exhibit B (and which will accompany the Collective Action Notice), W-4 and W-9 tax forms, and the Representative Plaintiffs. Any individual who is not a Collective Class Member will not be bound by the Settlement.  The Collective Class Members are identified on Exhibit C.

1.7. **Court**. Court means the United States District Court for the Northern District of Ohio, Eastern Division.

1.8. **Days Worked**. Days Worked means the number of compensable days a Collective Class Member worked for Defendant, excluding weekends, as determined by Defendant based on its employment records.

1.9. **Defendant**. Defendant means Great Lakes Cheese Co., Inc.

1.10. **Defendant's Counsel**. Defendant's Counsel means Porter Wright Morris & Arthur LLP.

2

1.11.   **Net Settlement Fund**. Net Settlement Fund means the Settlement Fund to be paid by Defendant pursuant to this Agreement less deductions for: (1) the Settlement Administrator's fees and costs; (2) Court-approved attorneys' fees and costs for Plaintiffs' Counsel; and (3) Court-approved Service Awards to the Representative Plaintiffs.

1.12.   **Opt-in Period**. The Opt-in Period will be a date ninety days from the mailing of the Collective Action Notice to the Collective Class Members.

1.13.   **Plaintiff(s)**. Plaintiffs are the Representative Plaintiffs and Collective Action Members.

1.14.   **Plaintiffs' Counsel**. Plaintiffs' Counsel means Nilges Draher LLC.

1.15.   **Relevant Period**. Relevant Period refers to the period between January 23, 2015 and the date on which the Court approves the Settlement.

1.16.   **Representative Plaintiffs**. Representative Plaintiffs means the following individuals: Calvin Hill, Michael Dey, Josh Armstrong, Ray Magara, and Tim Klauck.

1.17.   **Service Award**. Service Award means a special payment made to Representative Plaintiffs to compensate them for initiating the Action, performing work in support of, or otherwise participating in, the Action, undertaking the risk of liability for attorneys' fees and expenses in the event Plaintiffs were unsuccessful in the prosecution of the Action, and/or providing a general release to the Released Parties as described in Section 4.2.2 below.

1.18.   **Settlement**. Settlement means the disposition of the Action and all related claims effectuated by, and in accordance with the terms of, this Agreement.

1.19.   **Settlement Administrator**. Settlement Administrator means the organization jointly retained by the Parties responsible for the claims administration process as provided herein.

1.20.   **Settlement Fund**. Settlement Fund means the amount of settlement money to be paid by Defendant and set aside to pay Collective Class Members, Collective Class Counsel, and Settlement Administrator for fees and expenses. It does not include Defendant's share of its payroll taxes.

1.21.   **Settlement Checks**. Settlement Checks shall mean the checks generated and mailed out by the Settlement Administrator to pay the Settlement Shares.

1.22.   **Settlement Forms**. The Settlement Forms means the Collective Action Notices (Exhibit A hereto) ,the Consent to Join Forms (attached as Exhibit B hereto) and W-4 and W-9 tax forms.

1.23.   **Settlement Share**. Settlement Share means each Collective Class Member's share of the Settlement Fund as provided for in this Agreement.

2.     **INITIAL PROCEDURAL ISSUES**

2.1.    **Binding Agreement**. This Agreement is a binding agreement and contains all materially agreed-upon terms for the Parties to seek a full and final settlement of the Action.

2.2.    **Jurisdiction**. This Action is brought and is before the Court under the FLSA, 29 U.S.C. § 201 *et seq*. The Parties agree that the Court has jurisdiction over each and all of the claims in the Action.

2.3.    **Retainer and Fees of the Settlement Administrator**. Within 10 calendar days after the execution of this Agreement, the Parties shall retain a Settlement Administrator. The Settlement Administrator shall be required to agree in writing to treat information it receives or generates as part of the claims administration process as confidential and to use such information solely for purposes of claims administration. The fees and expenses of the Settlement Administrator shall be paid exclusively out of the Settlement Fund.

2.4.    **Responsibilities of the Settlement Administrator**. The Settlement Administrator will be responsible for the mailing of Collective Action Notices, the verification of Consent to Join Forms returned by Collective Class Members, calculating the Settlement Share amounts and payroll withholding amounts for each Collective Class Member, generating and distributing the Settlement Checks and the Service Awards, promptly forwarding Consent to Join Forms, and issuing required tax documentation (i.e. Forms W-2 and 1099) to Collective Class Members and Representative Plaintiffs.

The Parties will have equal access to the Settlement Administrator, and the Settlement Administrator will provide regular reports to the Parties, but no less frequently than every two weeks, regarding the status of the mailing of the Collective Action Notices and Settlement Forms to potential Collective Class Members, the settlement administration process, and distribution of the Settlement Checks.

2.5.    **Responsibilities of Defendant**. Defendant shall be responsible for calculating and paying its share of payroll taxes for the Service Awards and Settlement Checks paid under this Agreement. Defendant agrees to reasonably cooperate with the Settlement Administrator by providing accurate information to the extent reasonably available and necessary to calculate the Settlement Shares and by assisting the Settlement Administrator in locating potential Collective Class Members.

3.     **MOTION FOR APPROVAL OF SETTLEMENT**

3.1.    As soon as practicable following execution of this Agreement, Plaintiffs shall submit to the Court a Joint Motion for Approval of Settlement (Approval Motion) which shall include a proposed order (the Approval Order) (1) approving the Settlement as fair, adequate, and reasonable; (2) approving the Settlement Forms; (3) approving the Service Awards; (4) approving Plaintiffs' attorneys' fees award; and (5) dismissing the Action with prejudice.

3.2.    The Approval Motion will set forth the date(s) by which potential Collective Class Members must opt-in to participate in the Settlement by submitting Consent to

Join Forms. This date will be 90 days from the mailing of the Collective Action Notice to the Collective Class Members (the Opt-in Period). If the final day of the Opt-in Period is on a Saturday, Sunday, or federally-recognized holiday, the deadline shall be the following business day.

3.3.    If the Court does not approve the Settlement for any reason, the Parties will attempt to address the Court's concerns, and resubmit a revised agreement, if possible. If the Parties cannot agree on a revised agreement on their own, the Parties further agree to engage Michael Ungar for the purposes of helping the Parties to resolve any disputes about the terms and conditions of any revised agreement to be re-submitted to the Court. If the Court does not approve a renegotiated agreement, this Agreement, or the re-negotiated agreement, shall be terminated as of the date of the Court's Order denying the same. Upon termination of this Agreement or any re-negotiated agreement, the Action will resume as if no settlement had been attempted.

**4.     SETTLEMENT TERMS**

4.1.    **Settlement Fund**. Defendant agrees to pay the Settlement Fund the total sum of Three Hundred Thousand and 00/100 Dollars ($300,000.00), which shall fully resolve and satisfy and encompass (1) all payments to Collective Class Members; (2) any Service Awards; (3) Plaintiffs' Counsel's attorneys' fees and expenses including all attorneys' fees and expenses incurred to date and to be incurred in preparing Settlement documents, securing trial and appellate court approval of the Settlement, and attending to the administration of the Settlement and obtaining dismissal of the action; and (4) the Settlement Administrator's fees and expenses. Defendant's share of payroll taxes is not included in the Settlement Fund. Defendant will pay the Settlement Fund to the Settlement Administrator within 14 days of the Court's entry of the Approval Order.

4.2.    **Distribution of Settlement Fund**. The Parties agree, subject to Court approval, the Settlement Fund will be distributed by the Settlement Administrator as follows:

4.2.1.    Attorneys' Fees and Litigation Costs. Through the Approval Motion, Plaintiffs' Counsel will petition the Court for an award of attorneys' fees of no less than 33% of the Settlement Fund, which equals $99,990.00, and reasonable litigation expenses, which as of the date of this agreement are approximately $6,476.16. Defendant's Counsel will not oppose this application. Defendant shall have no additional liability for Plaintiffs' Counsel's attorney's fees, expenses, and costs beyond the amounts defined in this paragraph. Plaintiffs' Counsel will receive an IRS Form 1099 with respect to its awarded attorneys' fees, expenses, and costs. If attorneys' fees or costs are not approved in the full amount provided for in this paragraph, any amount not approved will become a part of the Net Settlement Fund and distributed in accordance with the terms of this Settlement Agreement. The Settlement Administrator will wire the Attorneys' Fees and Litigation Costs to Plaintiffs' Counsel within 21 days of the Court's entry of the Approval Order.

4.2.2.    Service Awards and Other Payments to Representative Plaintiffs. Defendant will not oppose Service Awards of (A) $5,000 to be paid out of the Settlement Fund to Calvin Hill; and (B) $3,500 to be paid out of the Settlement Fund to Representative Plaintiffs

5

Michael Dey, Josh Armstrong, Ray Magara, and Tim Klauck. These Service Awards will be paid in addition to each of Representative Plaintiffs' Settlement Shares, if the Representative Plaintiff signs a general release described in Section 6.2 below. Only Representative Plaintiffs are entitled to receive a Service Award under this Agreement. The Settlement Administrator will mail the Service Awards to Representative Plaintiffs within 21 days of the Court's entry of the Approval Order.

> 4.2.3.  <u>Settlement Administration Costs</u>.  The costs of settlement administration will also be paid from the Settlement Fund in an amount not to exceed $13,000, unless otherwise approved by the Court.

> 4.2.4.  <u>Settlement Shares to Collective Class Members</u>. The allocation of Settlement Shares will be made from the Net Settlement Fund, and paid only to Collective Class Members as follows: (A) Defendant will first determine, based upon available records, which are presumed to be valid, or based upon a reasonable extrapolation from such records, the number of Days Worked for each Collective Class Member; then (B) the Settlement Administrator will proportionately divde each Collective Class Member's Days Worked among the Net Settlement Fund.

In other words, the Settlement Administrator will total all Days Worked by all Collective Class Members and divide the Net Settlement Fund by such total of all Days Worked to arrive at a dollar amount to be paid for each Day Worked from the Net Settlement Fund. Each Collective Class Member's Days Worked will then be multiplied by the dollar amount to be paid for each Day Worked. This final amount is the Collective Class Member's Settlement Share, and will be the amount issued to the Collective Class Member in the Settlement Check.

All payments made under this Agreement shall not be considered compensation for purposes of calculating, or recalculating, benefits provided by, or to, GLC employees and their beneficiaries under the terms and conditions of any benefit plan maintained by GLC for the benefit of its employees and their beneficiaries.

> 4.3.  **Tax Characterization**. One half of the Settlement Shares paid to each Collective Class Member and the Service Awards paid to Representative Plaintiffs will be reported on IRS Forms W-2 and will be net of applicable tax deductions and withholdings in accordance with applicable, IRS, state and local rules, guidance and formulas including payroll taxes applicable to such payments. The second half of the Settlement Shares paid to each Collective Class Member and the Service Awards paid to Representative Plaintiffs will be reported on IRS Forms 1099.

> 4.4.  **Settlement Share Calculation Dates**. The Settlement Administrator shall submit to Plaintiffs' Counsel and Defendant's Counsel the Settlement Share calculations for all Collective Class Members within 14 days following the end of the Opt-in Period. The Settlement Administrator shall mail the Settlement Checks within five days of those calculations, provided no stipulated corrections are provided by the parties during that time.

> 4.5.  **Unclaimed or Uncashed Settlement Checks and Service Awards**. Any Settlement Check or Service Award that remains unclaimed or uncashed after 90 days of

issuance to a Collective Class Member shall will be deemed null and void and will revert back to Defendant, with such payment to be made from the Settlement Administrator to Defendant, within 30 days thereafter (and with notice to Plaintiffs' Counsel of the sum and date of issuance).

## 5.    COLLECTIVE ACTION NOTICES AND OPT-IN PROCEDURES

5.1.    Within 14 days following the Court's entry of the Approval Order, Defendant's Counsel and Plaintiffs' Counsel shall cooperate to provide the Settlement Administrator with a list of all potential Collective Class Members and their last known addresses under protection of a confidentiality agreement along with information relevant for calculating the Settlement Shares as described in Section 4.2.4. This list shall be based on Defendant's available records. The Parties agree to consult with the Settlement Administrator prior to the production date to ensure that the format of the list will be acceptable to the Settlement Administrator.

5.2.    Within 30 days of the Court's entry of the Approval Order, the Settlement Administrator will send the Settlement Forms in the form attached as Exhibits A and B and approved by the Court (or in any other form as the Court may approve) to the potential Collective Class Members by First Class Mail. The Settlement Administrator will use all standard skip tracing devices to verify the accuracy of all addresses before the initial mailing date to ensure that the Settlement Forms are sent to all potential Collective Class Members at the address most likely to result in immediate receipt of the settlement documents. It will be conclusively presumed that if an envelope so mailed has not been returned within 30 days of the mailing that the potential Collective Class Member received the Settlement Forms. If an envelope is returned because of an incorrect address, the Settlement Administrator will promptly, and not later than five days from receipt of the return envelope use reasonable diligence to obtain a current address and re-mail the envelope to such address. The Settlement Administrator will notify Plaintiffs' Counsel and Defendant's Counsel of any Collective Action Notice sent to a Collective Class Member that is returned as undeliverable after the first mailing, as well as any such Collective Action Notice returned as undeliverable after any subsequent mailing(s) as set forth in this Agreement.

5.3.    The Collective Action Notice will provide that a potential Collective Class Member who does not "opt in" to the Settlement will not be bound by the Settlement or entitled to receive a Settlement Share. Defendant will remain free to contest any claim brought by a potential Collective Class Member that would have been barred by this Agreement and nothing in this Agreement will constitute or be construed as a waiver of any defense Defendant has or could assert against such a claim.

5.4.    The Opt-in Period during which potential Collective Class Members may participate in Settlement by submitting a Consent to Join Form to become a Collective Class Member shall be 90 days after mailing of the Settlement Forms. Potential Collective Class Members whose first mailing was returned to the Settlement Administrator as undeliverable, will also be required to submit Consent to Join Forms within the same Opt-in Period (as if the first mailing was successful). The Settlement Administrator will not be required to attempt more than two mailings of the Settlement Forms to any potential Collective Class Member.

5.5.    The Settlement Administrator will stamp the postmark date on the Consent to Join Forms it receives from potential Collective Class Members and shall provide copies to Plaintiffs' Counsel and Defendant's Counsel not later than five days after receipt thereof.

5.6.    **Potential Collective Class Members Who "Opt In" Become Collective Action Class Members**. A Collective Action Class Member who submits a Consent to Join Form, attached hereto as Exhibit B, that is either postmarked or otherwise returned within 90 days after the initial date the Settlement Forms are mailed out, as set forth below, will be eligible to receive a Settlement Check. Collective Action Class Members shall be deemed to have waived all federal, state, and local claims against Defendant arising out of the facts, acts, transactions, occurrences, events, or omissions related to the Action, as explained in Section 6.1 below and as addressed in the Consent to Join Form.

5.7.    The Settlement Administrator will, within three days of the end of the Opt-In Period, send a final list of all potential Collective Action Class Members who did not opt-in and Collective Action Class Members to Plaintiffs' Counsel and Defendant's Counsel by both email and overnight delivery. The Settlement Administrator will retain the stamped originals of all Settlement Forms, as well as originals of all accompanying envelopes in its files until such time as the Settlement Administrator is relieved of its duties and responsibilities under this Agreement.

## 6.    RELEASE OF CLAIMS

6.1.    **Collective Action Class Members**. By operation of signing and timely returning their Consent to Join Forms, and except as to such rights or claims as may be created by this Agreement, each Collective Class Member forever and fully releases Defendant and every and all of its present and former owners, partners, stockholders, predecessors, successors, assigns, agents, directors, officers, employees, representatives, attorneys, parents, divisions, subsidiaries, affiliates, benefits plans, plan fiduciaries, and/or administrators, and all persons acting by, through, under or in concert with any of them, including any party that was or could have been named as a defendant in the Action (collectively, the Released Parties), from all claims that are based upon, or arise out of the facts, acts, transactions, occurrences, events, or omissions alleged in the Action and that arose at any time up until the time of the entry of the Approval Order, including, but not limited to, wage and hour claims, rights, demands, liabilities and causes of action that were asserted or could have been asserted, under federal, state, local, or other applicable law by and on behalf of the Collective Class in the Action (the Released Claims). The Released Claims include all claims under and federal, state, and/or local wage and hour laws, including, without limitation, the FLSA and the Ohio Minimum Fair Wage Standards Act, whether known or unknown, asserted or unasserted, of any kind whatsoever for wages, damages, unpaid costs, penalties, liquidated damages, punitive damages, interest for unpaid regular or overtime wages, any related wage and hour claims, , interest on such claims, and attorney's fees and costs related to such claims, whether at common law, pursuant to statute, ordinance, or regulation, in equity or otherwise, from the beginning of time through the date of the Approval Order. The Released Claims include, without limitation, claims asserted in the Action and any other claims based on alleged misclassification under state or federal law governing overtime pay, failure to pay overtime, exempt status, denial of meal periods and rest breaks, denial of waiting time, on-call, standby time, or reporting time payments, denial of

spread of hours pay, failure to pay wages upon termination, failure to provide itemized wage statements, unfair competition, failure to make payments due to Collective Class Members had they been classified as nonexempt, failure to provide benefits or benefit credits, failure to keep records of hours worked or compensation due, donning and doffing time, and penalties for any of the foregoing, including without limitation claims under the FLSA, and the laws of any state.

6.2.    **Receipt of Service Awards by Representative Plaintiffs**. Excluding any known or unknown workers' compensation claims, effective upon entry of the Approval Order, the Representative Plaintiffs who receive Service Awards release and discharge the Released Parties from all claims asserted, or claims, rights, demands, liabilities, and causes of action that have been or could have been asserted, under all federal, state, and/or local laws (Service Award Released Claims). The Service Award Released Claims include any and all claims arising under federal, state, and/or local law, including, but not limited to, all wage and hour laws, antidiscrimination laws, and employee benefit laws. The Service Award Released Claims include, but are not limited to, all claims arising under the Age Discrimination in Employment Act, Title VII of the Civil Rights Act, the Americans with Disabilities Act, the Civil Rights Act of 1991, the Federal Family Medical Leave Act, the Equal Pay Act, and the statutes and regulations of any state relating to the foregoing, whether known or unknown, asserted or unasserted, of any kind whatsoever, arising at any point prior to entry of the Approval Order, including without limitation, claims for wages, damages, unpaid costs, penalties, liquidated damages, punitive damages, interest for unpaid regular or overtime wages, any related wage and hour claims, interest on such claims, and attorney's fees and costs related to any Service Award Released Claims, whether at common law, pursuant to statute, ordinance, or regulation, in equity or otherwise, from the beginning of time through the date of the Approval Order. The Service Award Released Claims do not include workers' compensation claims, whether known or unknown.

6.3.    **Plaintiffs' Counsel**. Plaintiffs' Counsel and Plaintiffs, on behalf of the Collective Class and each individual Collective Class Member, hereby irrevocably and unconditionally release, acquit, and forever discharge any claim that they may have against Defendant for attorneys' fees or costs/expenses associated with Plaintiffs' Counsel's representation of Plaintiffs and the Class. Plaintiffs' Counsel further understands and agrees that any fee payments approved by the Court will be the full, final, and complete payment of all attorneys' fees and costs/expenses associated with Plaintiffs' Counsel's representation of these individuals.

6.4.    **Waiver of Unknown Claims:** It is the desire of the Parties to fully, finally, and forever settle, compromise, and discharge all Released Claims and Service Award Released Claims that were or could have been asserted against the Released Parties, whether known or unknown, liquidated or unliquidated. Plaintiffs may hereafter discover facts in addition to or different from those which they now know or believe to be true with respect to the subject matter of the Released Claims and the Service Award Released Claims, but upon the entry of the Approval Order, the Collective Class Members, and Representative Plaintiffs shall be deemed to have, and by operation of the Approval Order shall have, fully, finally, and forever settled and released any and all Released Claims and Service Award Released Claims, respectively, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which then exist, or heretofore have existed upon any theory of law of equity now

9

existing or coming into existence in the future accruing from the beginning of time through the date of entry of the Approval Order, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts.

## 7.   VOIDING THE AGREEMENT

If the Court does not issue an Approval Order, then this Settlement will become null and void, provided that the failure by the Court or an appellate court to award or sustain the full amount of any Service Award or Plaintiffs' Counsel's attorneys' fees and expenses will not constitute a failure to approve the Settlement or a material modification of the Settlement.

## 8.   CONFIDENTIALITY

Representative Plaintiffs and Plaintiffs' Counsel will keep the negotiations leading up to this Agreement, the Settlement Fund and the sum of individual Collective Class Members' Settlement Shares, and the fact of the Settlement itself (together, Confidential Settlement Issues) confidential and they hereafter will not disclose Confidential Settlement Issues to any person or persons. Notwithstanding the foregoing, Representative Plaintiffs and Plaintiffs' Counsel may disclose Confidential Settlement Issues to their attorneys, accountants, and immediate families; to the Court and Court personnel, and in any public Court filings as necessary to seek Court approval of this Settlement, and otherwise as required by court or governmental order, subpoena, or as otherwise required by law. If required by court or governmental order, subpoena, or otherwise as required by law to disclose Confidential Settlement Issues, Representative Plaintiffs and Plaintiffs' Counsel will notify Defendant's Counsel prior to making any such disclosure and permit Defendant a reasonable time to object to such disclosure. Representative Plaintiffs and Plaintiffs' Counsel shall make no public statement or press release concerning Confidential Settlement Issues other than as necessary to seek approval of, or carry out the terms of, this Settlement. In addition, Plaintiffs' Counsel shall make no press release or other public statements regarding this matter, and no reference to the Settlement on their website or marketing materials, other than a generic reference that does not identify, or allow identification of Defendant as the Defendant. If Representative Plaintiffs or Plaintiffs' Counsel violates this paragraph, Defendant shall be entitled to any and all remedies available in law or in equity.

## 9.   WAIVER OF APPEALS

Defendant and Representative Plaintiffs waive all appeals from the Court's Approval Order of the Settlement unless the Court materially modifies the Settlement or reduces the amounts to be awarded as a Service Award or Plaintiffs' Counsel's attorney's fees and expenses.

## 10.   AUTHORITY TO ACT FOR PLAINTIFFS

Plaintiffs' Counsel represents and warrants that they have full authority to enter into this Agreement on behalf of Representative Plaintiffs and to bind them to all of its terms and conditions.

## 11.    FAIR, ADEQUATE, AND REASONABLE SETTLEMENT

The Parties agree that the Settlement is fair, adequate, and reasonable and will so represent to the Court.

## 12.    MODIFICATION OF AGREEMENT

This Agreement may not be modified or canceled in any manner except by a writing signed by Plaintiffs' Counsel and an authorized representative of Defendant.

## 13.    SEVERABILITY

If any provision of this Agreement is found to be unenforceable, all other provisions will remain fully enforceable.

## 14.    APPLICABLE LAW

This Agreement shall be governed by the common law and statutes of Ohio, without regard to its principles of conflicts of laws.

## 15.    HEADINGS

Section headings in this Agreement are included for convenience of reference only and shall not be a part of this Agreement for any other purpose.

## 16.    INTEGRATED AGREEMENT

This Agreement contains the entire agreement between the Parties relating to the resolution of the Action, and all prior or contemporaneous agreements, understandings, representations, and statements relating to the Action or to the claims and allegations in the Action, whether oral or written and whether by a party or such party's legal counsel, are merged in this Settlement. For the avoidance of doubt, this Agreement does not vitiate or modify any Plaintiff's or potential Collective Class Member's obligation under any other written agreement between such individual and Defendant or any of its former or present parents, subsidiaries, and affiliated entities that was not executed in connection with this Action, such as any non-disclosure agreement, separation agreement, or any other release agreement between the individual and Defendant or any of its former or present parents, subsidiaries, and affiliated entities, or any other agreement that such individual may have signed in connection with his or her assignment or engagement to provide services to Defendant or any of its former or present parent, subsidiary, and affiliated entities or the termination of such assignment or engagement. No rights under this Settlement may be waived except in writing.

## 17.    NO PRIOR ASSIGNMENTS

The Parties represent and warrant that they have not directly or indirectly, assigned, transferred, encumbered, or purported to assign, transfer, or encumber to any person or entity any portion of any liability, claim, demand, action, cause of action, or right released and discharged in this Agreement.

**18.     BINDING ON SUCCESSORS**

This Agreement shall be binding upon and inure to the benefit of the Parties and their respective heirs, trustees, executors, administrators, successors, and assigns.

**19.     NO ADMISSION OF LIABILITY OR COLLECTIVE ACTION CERTIFICATION**

19.1.    Defendant denies that it or any of its present or former owners, stockholders, predecessors, successors, assigns, agents, directors, officers, employees, representatives, attorneys, parents, subsidiaries, affiliates, benefits plans, plan fiduciaries, and/or administrators, have engaged in any unlawful activity, have failed to comply with the law in any respect, have any liability to anyone under the claims asserted in the Action, or that, but for the Settlement, a collective class should be certified in the Action. This Agreement is entered into solely for the purpose of compromising highly disputed claims.

19.2.    Nothing in this Agreement is intended or will be construed as: (1) an admission of liability or wrongdoing by Defendant or any of its former or present owners, stockholders, predecessors, successors, assigns, agents, directors, officers, employees, representatives, attorneys, parents, subsidiaries, affiliates, benefits plans, plan fiduciaries, and/or administrators; (2) an admission by Plaintiffs that any of their claims was non-meritorious; or (3) an admission that any defense asserted by Defendant was meritorious. This Settlement and the fact that Plaintiffs and Defendant were willing to settle the Action will have no bearing on, and will not be admissible in connection with, any litigation other than solely in connection with, and as specified in, the Settlement.

19.3.    The Parties agree that the Collective Action Notices were sent to potential Collective Class Members for settlement purposes only and if, for any reason, the Settlement is not approved, the action of sending such Collective Action Notices will be of no force or effect. The Parties agree that none of Defendant's actions in agreeing to and executing this Settlement constitutes an admission that collective action certification is proper and will not be deemed admissible in this or any other proceeding.

19.4.    Whether or not there is an Approval Order, neither the Settlement, this Agreement, any documents, statement, proceeding, or conduct related to the Settlement or the Agreement, nor any reports or accounting of those matters, will be: (1) construed as, offered, or admitted in evidence as, received as, or deemed to be evidence, for any purpose adverse to Defendant or any Released Party, including, but not limited to, evidence of a presumption, concession, indication, or admission by any of the Released Parties of any liability, fault, wrongdoing, omission, or damage; or (2) disclosed, referred to, or offered in evidence against any of the Released Parties in any further proceeding in the Action or any other civil, criminal, or administrative action or proceeding except for purposes of effectuating the Settlement pursuant to this Agreement.

19.5.    This Section and all other provisions of this Agreement notwithstanding, any and all provisions of this Agreement may be admitted in evidence and otherwise used in any

and all proceedings to enforce any or all terms of this Agreement or in defense of all claims released or barred by this Agreement.

**20.    CONSTRUCTION**

The Parties agree that the terms and conditions of this Agreement are the result of lengthy, intensive arms-length negotiations between the Parties and that this Agreement shall not be construed in favor of or against any party by reason of the extent to which any party or its counsel participated in the drafting of this Agreement.

**21.    NOTICES**

Unless otherwise specifically provided herein, all notices, demands, or other communications given hereunder shall be in writing and shall be deemed to have been duly given as of the third business day after mailing by United States registered or certified mail, return receipt requested, addressed as follows:

> To Plaintiffs and the Class:
>
> Shannon Draher
> Nilges Draher LLC
> 7266 Portage Street NW, Suite D
> Massillon, OH 44646
>
> To Defendant:
>
> Leigh Anne Benedic
> Porter Wright Morris & Arthur LLP
> 41 S. High St., Suite 3100
> Columbus, OH 43215

**22.    EXECUTION IN COUNTERPARTS**

This Agreement may be executed in counterparts, and when each party has signed and delivered at least one such counterpart, each counterpart shall be deemed an original, and, when taken together with other signed counterparts, shall constitute one Agreement which shall be binding upon and effective as to all Parties.

**[SIGNATURES APPEAR ON THE FOLLOWING PAGE]**

**ON BEHALF OF GREAT LAKES CHEESE CO., INC.**

Signature: _____

Printed name: _____

Title: _____

Dated: _____


**ON BEHALF OF PLAINTIFFS: NILGES DRAHER LLC**

Signature: _____

Printed name: _____

Title: _____

Dated: _____

DMS/11644612v.6

DMS/11644612v.6

14

*Calvin Hill, et al. v. Great Lakes Cheese Co., Inc.*
Case number: 1:18-cv-00172
United States District Court for the Northern District of Ohio

# COLLECTIVE ACTION SETTLEMENT NOTICE

**You have received this Notice because you are eligible to participate in a settlement against Great Lakes Cheese that was recently approved by the United States District Court for the Northern District of Ohio.**

| **1.** | **Why did I get this notice?** |
|---|---|

You were sent this notice because you are a current or former employee of Great Lakes Cheese Co., Inc. ("Great Lakes Cheese" or "the Company") who is eligible to participate in a settlement of a collective action lawsuit filed against the Company for alleged overtime pay due to production employees at the Company's Hiram, Ohio and Manchester, Tennessee facilities.  This notice is to inform you that a settlement agreement was reached and approved by the Court on _____, 2018.

| **2.** | **Does this settlement mean that Great Lakes Cheese violated the law?** |
|---|---|

No. Great Lakes Cheese denies it violated any law with respect to the wages paid to production employees. Rather than continuing to defend the lawsuit, the Company decided that its resources are better directed to resolving this matter now, so that it can fully focus on its business operations.

| **3.** | **How was the settlement reached?** |
|---|---|

Plaintiff Calvin Hill and the Company reached this settlement on behalf of Mr. Hill, other representative plaintiffs in the lawsuit, and any current or former production employees of the Hiram and Manchester facilities who choose to participate in the settlement. Counsel for Great Lakes Cheese and counsel for lead Plaintiff Calvin Hill negotiated the terms of the settlement described in this Notice. Plaintiff Hill's lawyers believe that the proposed settlement is fair and reasonable and in the best interests of the Collective Class, because the settlement avoids the considerable risks and delays involved in continuing the Lawsuit. From the perspective of the Company, settling now means that it will not have to keep spending money, time, and effort on the lawsuit. Finally, the Court has approved the settlement as fair and reasonable and in the best interests of those who choose to participate in it.

EXHIBIT A

**4.    How do I participate in the settlement and receive a settlement payment?**

If you choose to participate in the settlement, **you must complete and return the enclosed "Consent to Join and Release Form"** with a postmark date on or before ____, **2019**. Any Claim and Release Forms postmarked after ____, **2019** will not be valid.

By timely returning the Consent to Join and Release Form, you will receive a settlement check, but you will also release claims you may have or had against the Company. Review the Claim and Release Form closely to ensure you understand the effect of participating in the settlement.

**5.    If I participate in the settlement, how much will I be paid?**

You will be paid a proportionate amount of the Settlement Fund based on the number of days you performed work for the Company between January 23, 2015 and October 31, 2018. Half of this amount will be paid as wages to be reported on an IRS Form W-2 and the other half will be paid as liquidated damages and will be reported on an IRS Form 1099.

**6.    What claims am I releasing if I participate in the settlement?**

If you participate in the settlement, you agree to waive and release Great Lakes Cheese from all Released Claims as defined in the Claim and Release Form and the Settlement Agreement between the parties. These include any claims for unpaid regular or overtime wages, penalties, liquidated damages, attorney fees, costs, expenses, and any other relief under the Fair Labor Standards Act, 29 U.S.C. § 201 et. seq., that occurred during the period of time covered under this settlement, the minimum wage and overtime and prompt pay laws of any state or state common law contract claims pertaining to payment of wages, including the Ohio Minimum Fair Wage Standards Act and the Ohio Prompt Pay Act. Each participating settlement class member shall be deemed to have released all claims, known or unknown, that were brought or could have been brought in the action against Great Lakes Cheese.

**7.    What if I do not want to participate in the settlement?**

If you decide you do not want to participate in the settlement, you do not have to do anything. If you do not participate in the settlement, you will not waive or release any claims against the Company and you will not receive a settlement payment.

**8.    What if I have questions?**

<u>DO NOT CONTACT THE COURT</u>. If you have questions about this notice, You can contact the Settlement Administrator for this matter at _____.

*Calvin Hill, et al. v. Great Lakes Cheese Co., Inc.*
Case number: 1:18-cv-00172
United States District Court for the Northern District of Ohio

# Consent to Join and Release Form

**[name and address]**

Address Correction, if necessary:    _____

_____

_____

## To Participate in the Settlement Complete this Form and BOTH of the Enclosed W-4 and W-9 Tax Forms

To participate in the settlement in the above-referenced action, you must complete this <u>Consent to Join and Release Form</u> and mail it in the enclosed self-addressed, postage pre-paid envelope it so that it is postmarked no later than [***insert time deadline***] or you can email it to _____ or fax it to _____. You must also complete BOTH of the enclosed W-4 and W-9 tax forms. These tax forms must be returned with your Consent to Join and Release Form and postmarked no later than [***insert time deadline***].

      1.      I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq*. I have read and understand the Collective Action Settlement Notice which was enclosed with this Claim and Release Form. I understand that by completing and returning this Claim and Release Form, I will receive a settlement payment and will be bound by the settlement reached of *Calvin Hill, et al. v. Great Lakes Cheese Co., Inc* .and any judgment of the Court.

      2.      By signing this form, I forever and fully release Great Lakes Cheese Co., Inc. and every and all of its present and former owners, partners, stockholders, predecessors, successors, assigns, agents, directors, officers, employees, representatives, attorneys, parents, divisions, subsidiaries, affiliates, benefits plans, plan fiduciaries, and/or administrators, and all persons acting by, through, under or in concert with any of them, including any party that was or could have been named as a defendant in the above-mentioned lawsuit (collectively, the Released Parties), from all claims that are based upon, or arise out of the facts, acts, transactions, occurrences, events, or omissions alleged in the lawsuit and that arose at any time up until the time of the entry of the Approval Order, including, but not limited to, wage and hour claims,

1

rights, demands, liabilities and causes of action that were asserted or could have been asserted, under federal, state, local, or other applicable law by and on behalf of the Class in the Action (the Released Claims). The Released Claims include all claims under and federal, state, and/or local wage and hour laws, including, without limitation, the FLSA, the Ohio Minimum Fair Wage Standards Act, and the Ohio Prompt Pay Act, whether known or unknown, asserted or unasserted, of any kind whatsoever for wages, damages, unpaid costs, penalties, liquidated damages, punitive damages, interest for unpaid regular or overtime wages, any related wage and hour claims, interest on such claims, and attorney's fees and costs related to such claims, whether at common law, pursuant to statute, ordinance, or regulation, in equity or otherwise, from the beginning of time through the date of the court's approval of this settlement. The Released Claims include, without limitation, claims asserted in the Action and any other claims based on alleged misclassification under state or federal law governing overtime pay, failure to pay overtime, exempt status, denial of meal periods and rest breaks, denial of waiting time, on-call, standby time, or reporting time payments, denial of spread of hours pay, failure to pay wages upon termination, failure to provide itemized wage statements, unfair competition, failure to provide benefits or benefit credits, failure to keep records of hours worked or compensation due, donning and doffing time, and penalties for any of the foregoing, including without limitation claims under the FLSA and the laws of any state.


_____          _____
Date (MM/DD/YYYY)                         Signature



DMS/11659601v.2

2

COLLECTIVE CLASS MEMBERS DAYS WORKED

| | A | B | C |
|---|---|---|---|
| 1 | Last Name | First Name | Days Worked in Relevant Period |
| 2 | ACIERNO | JOSEPH | 984 |
| 3 | ADCOCK | JESSIE | 238 |
| 4 | ALDRIDGE | DAMIEN | 984 |
| 5 | ALEXANDER | TAMRA | 984 |
| 6 | ALFORD | CHRISTOPHER | 738 |
| 7 | ALFORD | BARRY | 442 |
| 8 | ALFORD | JOSHUA | 948 |
| 9 | ALKENBRACK | MICHEAL | 984 |
| 10 | ALLEN | APRIL | 984 |
| 11 | ALLEN | BRANDYN | 984 |
| 12 | ALLEN | SUSAN | 144 |
| 13 | ALONSO | GENA | 610 |
| 14 | ANDERSON | JONATHAN | 984 |
| 15 | ANDERSON | KAYLA | 135 |
| 16 | ANDERSON | SPENCER | 29 |
| 17 | ANDERSON | NEAL | 5 |
| 18 | ARGO | JOHNNY | 984 |
| 19 | ARGO | ETHAN | 8 |
| 20 | ARMSTRONG | JOSHUA | 139 |
| 21 | ARNOLD | JOSHUA | 963 |
| 22 | ARP | TIFFANY | 984 |
| 23 | ASHBY | TERRY | 20 |
| 24 | ASHCRAFT | AMY | 984 |
| 25 | ASHLEY | NORA | 109 |
| 26 | AUSTELL | ANTHONY | 220 |
| 27 | AUSTIN | MICHAEL | 984 |
| 28 | BAILEY | BRANDON | 32 |
| 29 | BAISE | JOHN | 984 |
| 30 | BAKER | BRYAN | 984 |
| 31 | BAKER | ANGELA | 328 |
| 32 | BAKER | WANDA | 459 |
| 33 | BAKER | JAYME | 394 |
| 34 | BALL | RAVEN | 933 |
| 35 | BALZER | CYNTHIA | 984 |
| 36 | BANIC | RYAN | 93 |
| 37 | BANKS | RICHARD | 172 |
| 38 | BARBE | CINDY | 984 |
| 39 | BARBOZA | CAROLE JO | 530 |
| 40 | BARBUTES | BARRY | 984 |
| 41 | BARE | CHRISTINE | 984 |
| 42 | BARKER | JOHN | 984 |
| 43 | BARKER | WILLIAM | 80 |
| 44 | BARNES | MATTHEW | 963 |
| 45 | BARNES | JERREMY | 963 |
| 46 | BARNES | BRYAN | 669 |
| 47 | BARNES | JAMES | 355 |
| 48 | BARNETT | CAROLYN | 659 |
| 49 | BARTOLOVICH | PATRICIA | 351 |
| 50 | BARTRAM | LORETTA | 984 |
| 51 | BASHIR | RACHEL | 984 |
| 52 | BASHIR | ALI | 984 |

EXHIBIT C

COLLECTIVE CLASS MEMBERS DAYS WORKED

|   | A | B | C |
|---|---|---|---|
| 1 | Last Name | First Name | Days Worked in Relevant Period |
| 53 | BATES | MARK | 471 |
| 54 | BATTISON | DAWN | 873 |
| 55 | BAUCCO | JENNA | 984 |
| 56 | BEAN | ANNETTE | 886 |
| 57 | BEAN | ZACHARIAH | 459 |
| 58 | BEBIK | BRANDI | 518 |
| 59 | BECK | CHRISTOPHER | 781 |
| 60 | BELSKI | ANTHONY | 984 |
| 61 | BENDER | ERIC | 361 |
| 62 | BENNETT | FRANK | 984 |
| 63 | BENTON | KARY | 984 |
| 64 | BENZ-BATES | RACHEL | 711 |
| 65 | BERCH | KENNETH | 91 |
| 66 | BESS | BRENDA | 443 |
| 67 | BIDLACK | TOMAS | 361 |
| 68 | BIERY | MICHAEL | 984 |
| 69 | BINION | ROBIN | 984 |
| 70 | BINION | EDWARD | 953 |
| 71 | BLACK | KATHLEEN | 114 |
| 72 | BLAYLOCK | JEFFREY | 420 |
| 73 | BLEVINS | JAMES | 984 |
| 74 | BOGLE | MATTHEW | 525 |
| 75 | BOGLE | RICHARD | 29 |
| 76 | BOGUNIA | CHRISTINE | 984 |
| 77 | BOHANAN | MICHAEL | 176 |
| 78 | BORTZ | TAMMY | 984 |
| 79 | BOSTARDI | CHARLES | 497 |
| 80 | BOWDOIN | JEANETTE | 21 |
| 81 | BOWMAN | MARILYN | 268 |
| 82 | BOWMAN | TRAVIS | 441 |
| 83 | BOWSER | MICHAEL | 200 |
| 84 | BOYD | STEVEN | 441 |
| 85 | BOYLAN | MICHAEL | 984 |
| 86 | BOYLE | REBECCA | 144 |
| 87 | BRADY | MELISSA | 984 |
| 88 | BRAKE | MATTHEW | 984 |
| 89 | BRANDT | ERIC | 948 |
| 90 | BRANNON | TISHA | 984 |
| 91 | BREWER | CHRISTOPHER | 183 |
| 92 | BREWER | THERESA | 984 |
| 93 | BRIGGMAN | LAWRENCE | 674 |
| 94 | BRIGGS | MICHAEL | 497 |
| 95 | BRIGHT | CHRISTOFOR | 471 |
| 96 | BRITTON | ROBERT | 984 |
| 97 | BROOKS | MORRIS | 118 |
| 98 | BROUNCE | DARRIN | 984 |
| 99 | BROWN | BELINDA | 390 |
| 100 | BROWN | STEVE | 984 |
| 101 | BROWN | REBECCA | 688 |
| 102 | BROWN | MARSHALL | 984 |
| 103 | BROWN | JORDAN | 933 |

COLLECTIVE CLASS MEMBERS DAYS WORKED

| | A | B | C |
|---|---|---|---|
| 1 | **Last Name** | **First Name** | **Days Worked in Relevant Period** |
| 104 | BROWN | BRIAN | 709 |
| 105 | BROWN | MARCUS | 144 |
| 106 | BUMBICO | RICO | 984 |
| 107 | BUNCH | KERRY | 984 |
| 108 | BUNCH | CHARLES | 459 |
| 109 | BURNETT | JEFFERY | 19 |
| 110 | BURNETTE | JEFFREY | 525 |
| 111 | BURNETTE | CONNER | 396 |
| 112 | BURRIS | HELEN | 236 |
| 113 | BURTON | SHERRY | 4 |
| 114 | BUSCHAGEN | JUDITH | 866 |
| 115 | BUSH | JANNIE | 984 |
| 116 | BUSH | JOSEPH | 220 |
| 117 | BYERS | DWIGHT | 329 |
| 118 | CAGLE | STANLEY | 194 |
| 119 | CAHALIN | RICHARD | 261 |
| 120 | CALDWELL | CYNTHIA | 984 |
| 121 | CALLIHAN | KEITH | 984 |
| 122 | CAMPANA | MARTINA | 984 |
| 123 | CAMPBELL | ALEXANDER | 619 |
| 124 | CAMPBELL | PATRICIA | 53 |
| 125 | CAMPBELL | JUSTIN | 235 |
| 126 | CAMPBELL | RANDY | 459 |
| 127 | CANDELLA | KEITH | 984 |
| 128 | CANTRELL | CORY | 459 |
| 129 | CARDEN | TERESA | 933 |
| 130 | CARPENTER | JAMES | 984 |
| 131 | CARPENTER | JASON | 984 |
| 132 | CARPENTER JR | JAMES | 203 |
| 133 | CARROLL | DARLENE | 635 |
| 134 | CARROLL | SUSAN | 984 |
| 135 | CARROLL | RACHEL | 369 |
| 136 | CARTER-WRIGHT | MARY | 194 |
| 137 | CASE | NEWELL | 434 |
| 138 | CASE | AMANDA | 329 |
| 139 | CASE | DEREK | 79 |
| 140 | CAUDILL | KIMBERLY | 793 |
| 141 | CERNY | LISA | 362 |
| 142 | CHAMBERS | ELIZABETH | 379 |
| 143 | CHAMP | DAVEY | 984 |
| 144 | CHAMP | JESSE | 203 |
| 145 | CHAMPION | BRANDON | 589 |
| 146 | CHAMPION | JEFFERY | 109 |
| 147 | CHAMPION | DILLON | 29 |
| 148 | CHANNELL | RONALD | 984 |
| 149 | CHANNELL | RYAN | 688 |
| 150 | CHAPMAN | JEREMIAH | 159 |
| 151 | CHATFIELD | DANIEL | 578 |
| 152 | CHILDERS | BOBBIE | 279 |
| 153 | CHRISTIAN | SHAWN | 984 |
| 154 | CHRISTLIEB | ANNETTE | 984 |

COLLECTIVE CLASS MEMBERS DAYS WORKED

| | A | B | C |
|---|---|---|---|
| 1 | Last Name | First Name | Days Worked in Relevant Period |
| 155 | CHRISTNER | STACEY | 984 |
| 156 | CLARK | MELISSA | 984 |
| 157 | CLARK | MICHAEL | 966 |
| 158 | CLARK | BRANDON | 168 |
| 159 | CLARK | SCOTT | 249 |
| 160 | CLEMENS | TIM | 984 |
| 161 | CLEMONS | BART | 984 |
| 162 | CLENDENEN | JOSHUA | 396 |
| 163 | CLIFFORD | BRIAN | 984 |
| 164 | CLOUSE | DOUGLAS | 648 |
| 165 | CLUTTER | ROBERT | 434 |
| 166 | COLAGIOVANNI | CARMEN | 571 |
| 167 | COLE | COREY | 743 |
| 168 | COLEMAN | CLINTON | 119 |
| 169 | COLLINGS | JASON | 984 |
| 170 | COLLINS | NANCY | 581 |
| 171 | COLLINS | DOMONIQUE | 270 |
| 172 | COLWELL | WESLEY | 798 |
| 173 | CONLEY | KIMBERLY | 251 |
| 174 | CONLEY | NATHAN | 38 |
| 175 | COOK | BRANDON | 589 |
| 176 | COOPER | MARK | 984 |
| 177 | COOPER | MARK | 984 |
| 178 | COPELAND | LISA | 86 |
| 179 | COPPERNOLL | MARISSEA | 241 |
| 180 | CORDLE | SHELLEY | 305 |
| 181 | CORNELISON | JESSICA | 872 |
| 182 | CORRIGAN | L | 984 |
| 183 | COSCHIGNANO | EDITH | 571 |
| 184 | COUCH | DANNY | 628 |
| 185 | COUCH | AMANDA | 486 |
| 186 | COULTER | KYLE | 5 |
| 187 | COX | PATRICIA | 168 |
| 188 | CRABTREE | BRET | 669 |
| 189 | CRANE | CYNTHIA | 163 |
| 190 | CRITES | KAREN | 984 |
| 191 | CRUSE | RACHELLE | 984 |
| 192 | CRUTCHER | JEFFREY | 14 |
| 193 | CUMMINS | MICHAEL | 471 |
| 194 | CUNNINGHAM | GILDA | 984 |
| 195 | CUNNINGHAM | TABITHA | 206 |
| 196 | CUNNINGHAM | STEVEN | 984 |
| 197 | CURRENCE | JAMES | 984 |
| 198 | CURTIS | JASON | 264 |
| 199 | DAGUE | BRIAN | 984 |
| 200 | DANKS | COLIN | 984 |
| 201 | DARBY | JAMES | 984 |
| 202 | DARKOW | MICHELLE | 984 |
| 203 | DARKOW | MATT | 984 |
| 204 | DARLING | BETTY | 526 |
| 205 | DARNELL | ALICIA | 659 |

COLLECTIVE CLASS MEMBERS DAYS WORKED

|   | A | B | C |
|---|---|---|---|
| 1 | Last Name | First Name | Days Worked in Relevant Period |
| 206 | DAROCHA | MICHAEL | 984 |
| 207 | DARTT | CHARLES | 984 |
| 208 | DAVENPORT | JEFFERY | 788 |
| 209 | DAVIS | JOHN | 984 |
| 210 | DAVIS | AARON | 984 |
| 211 | DAVIS | RYAN | 984 |
| 212 | DAVIS | BRANDON | 5 |
| 213 | DAVIS | JONTE | 203 |
| 214 | DAVIS JR | BENJAMIN | 984 |
| 215 | DAY | ERIC | 361 |
| 216 | DEAN | SAUNDRA | 984 |
| 217 | DEJESUS | DARLEEN | 436 |
| 218 | DEL FRAINO | JONATHAN | 70 |
| 219 | DELBANE | ROBERT | 68 |
| 220 | DEMCHAK | MARTIN | 984 |
| 221 | DENTON | KELLY | 589 |
| 222 | DENTON | JACOB | 469 |
| 223 | DENVIR | CHRISTOPHER | 471 |
| 224 | DERRYBERRY | PATSY | 459 |
| 225 | DETTINGER | DEVONA | 984 |
| 226 | DETWEILER | DARLENE | 291 |
| 227 | DINES | NATHAN | 984 |
| 228 | DINGMAN | LINDA | 984 |
| 229 | DINISHAK | MALISSA | 984 |
| 230 | DLUGOLINSKI | ELIZABETH | 33 |
| 231 | DODSON | DARRELL | 79 |
| 232 | DONADIO | MATTHEW | 984 |
| 233 | DONADIO | DAVID | 639 |
| 234 | DONAHUE | JOSEPH | 984 |
| 235 | DONAHUE | BROOKE | 158 |
| 236 | DORSETT | CHRISTA | 51 |
| 237 | DOUGHTY | RANDY | 873 |
| 238 | DRAPER | MISTI | 984 |
| 239 | DUCK | LILLIAN | 11 |
| 240 | DUDLEY | GERALD | 229 |
| 241 | DUDLEY | BENJAMIN | 148 |
| 242 | DUKE | JOHN | 743 |
| 243 | DUNBAR | MATTHEW | 984 |
| 244 | DUNCAN | KEVIN | 33 |
| 245 | DUNCAN | DANIEL | 14 |
| 246 | DUNN | MATTHEW | 403 |
| 247 | DUNTON | SUSAN | 984 |
| 248 | EASTERLING | LARRY | 984 |
| 249 | EBE | CONNI | 46 |
| 250 | EGBERT | DWAYNE | 763 |
| 251 | ELDRIDGE | BARRY | 161 |
| 252 | ELLIOTT | MARK | 261 |
| 253 | ELZA | WENDY | 984 |
| 254 | EMMONS | GARY | 132 |
| 255 | EPPRECHT | NATHAN | 71 |
| 256 | ERNST | ASHLEY | 731 |

COLLECTIVE CLASS MEMBERS DAYS WORKED

| | A | B | C |
|---|---|---|---|
| 1 | Last Name | First Name | Days Worked in Relevant Period |
| 257 | ESTES | CHARITY | 984 |
| 258 | EVANS | AMBER LYNN | 984 |
| 259 | EVANS | COREY | 984 |
| 260 | FARR | STEVEN | 220 |
| 261 | FARRIS | DELANA | 654 |
| 262 | FELBERG | LYNN | 984 |
| 263 | FERRIS | SHELLY | 381 |
| 264 | FINCH | DAWN | 984 |
| 265 | FISHER-WENZEL | LILA | 311 |
| 266 | FLETCHER | BARBARA | 984 |
| 267 | FLETCHER | KEVIN | 668 |
| 268 | FLORENCE | HEATHER | 984 |
| 269 | FLOYD | TIFFANY | 984 |
| 270 | FLOYD | CHADWICK | 149 |
| 271 | FOOR | CARLIE | 262 |
| 272 | FOOR | CATHLEEN | 21 |
| 273 | FORD | JOEY | 984 |
| 274 | FOREST | THOMAS | 933 |
| 275 | FORTHMAN | VALERIE | 984 |
| 276 | FOSTER | DUSTAN | 11 |
| 277 | FOWLER | RODNEY | 276 |
| 278 | FOWLER | MICHAEL | 38 |
| 279 | FOX | ROSEANN | 847 |
| 280 | FOX | JEANNE | 984 |
| 281 | FRAKER | JAKE | 58 |
| 282 | FRALEY | THOMAS | 379 |
| 283 | FRANKLIN | ALANA | 276 |
| 284 | FRASIER | DEREK | 489 |
| 285 | FREDERICY | MICHELLE | 984 |
| 286 | FREEMAN | SHARINA | 357 |
| 287 | FREY | LUKE | 220 |
| 288 | FULTS | TAMMY | 284 |
| 289 | FULTZ | CHAD | 245 |
| 290 | FURBEE | CAMERON | 639 |
| 291 | GADD | KIMBERLY | 579 |
| 292 | GALLAGHER | ASHLEY | 69 |
| 293 | GARNER | ANGELICA | 480 |
| 294 | GARRARD | LAMAR | 79 |
| 295 | GARRIS | ROGER | 578 |
| 296 | GASS | TYLER | 146 |
| 297 | GAUSE | CARRIE | 276 |
| 298 | GEORGE | MARY | 984 |
| 299 | GERARD | ANDRE | 827 |
| 300 | GIBBONS | THOMAS | 984 |
| 301 | GIBBONS | AMANDA | 984 |
| 302 | GIBBS | LEN | 984 |
| 303 | GILCHER | CHAYTON | 58 |
| 304 | GILLESPIE | DANIEL | 496 |
| 305 | GIVENS | NICOLE | 984 |
| 306 | GOFF | LEISA | 46 |
| 307 | GOINS | JEFFERY | 648 |

COLLECTIVE CLASS MEMBERS DAYS WORKED

|  | A | B | C |
|---|---|---|---|
| 1 | Last Name | First Name | Days Worked in Relevant Period |
| 308 | GOLDSTON | WILLIAM | 55 |
| 309 | GONYEA | BRANDON | 212 |
| 310 | GRAGG | CATHY | 336 |
| 311 | GRAHAM | KELLYE | 459 |
| 312 | GRAHAM | RANDY | 249 |
| 313 | GREEN | MARK | 984 |
| 314 | GREEN | ERIC | 241 |
| 315 | GREENE | KEVIN | 400 |
| 316 | GREENWAY | BRANDON | 574 |
| 317 | GREER | THERESA | 709 |
| 318 | GRIFFITH | SHIRLEY | 450 |
| 319 | GROTH | GUSTAVE | 591 |
| 320 | GROTH | DAVID | 984 |
| 321 | GRUBBS | EDWARD | 984 |
| 322 | GUALANDI | ANGELINA | 63 |
| 323 | GURLEY | SANDY | 311 |
| 324 | GUSMAN | JESSE | 53 |
| 325 | HADDON | KRYSTAL | 459 |
| 326 | HALFAST | JENNIFER | 33 |
| 327 | HALL | ROBERT | 984 |
| 328 | HALL | RAECHEL | 400 |
| 329 | HALL | STEVEN | 984 |
| 330 | HAMPTON | TRENTON | 668 |
| 331 | HAMPTON | SHELBY | 229 |
| 332 | HANCK | BECKEY | 984 |
| 333 | HANEY | JESSIE | 674 |
| 334 | HANSEN | BEVERLY | 396 |
| 335 | HARDESTY | SHIRLEY | 596 |
| 336 | HARMON | DANNY | 717 |
| 337 | HARMON | TAMMY | 6 |
| 338 | HARPER | PATRICK | 613 |
| 339 | HARR | AUSTIN | 984 |
| 340 | HARRELL | LUCILLIA | 984 |
| 341 | HARRIS | JOYCE | 861 |
| 342 | HARRIS | COREY | 613 |
| 343 | HARRIS | CHRISTOPHER | 545 |
| 344 | HARRIS | CAREY | 827 |
| 345 | HARTMAN | CHANCE | 984 |
| 346 | HAUCK | THOMAS | 128 |
| 347 | HAWES | ARTHUR | 984 |
| 348 | HAWKS | TASHA | 633 |
| 349 | HAYWORTH | PHYLLIS | 619 |
| 350 | HEIN | JAMES | 984 |
| 351 | HELMHECKEL | BRANDON | 270 |
| 352 | HENDRICKS | STANLEY | 94 |
| 353 | HENLEY | PATSY | 369 |
| 354 | HENRY | DIANA | 518 |
| 355 | HERBECK | SAMANTHA | 491 |
| 356 | HEREFORD | BRANDON | 394 |
| 357 | HERMAN | AMANDA | 984 |
| 358 | HERNANDEZ | RAFAEL | 18 |

COLLECTIVE CLASS MEMBERS DAYS WORKED

| | A | B | C |
|---|---|---|---|
| 1 | Last Name | First Name | Days Worked in Relevant Period |
| 359 | HERR | GREGORY | 984 |
| 360 | HERRIN | CAROLYNN | 572 |
| 361 | HICKERSON | SHANNON | 361 |
| 362 | HICKMAN | JOSHUA | 239 |
| 363 | HICKS | DARLENE | 23 |
| 364 | HILL | KAYLA | 629 |
| 365 | HILL | CALVIN | 233 |
| 366 | HILL | AMANDA | 138 |
| 367 | HILL | TOBY | 827 |
| 368 | HILL | MACKENZIE | 485 |
| 369 | HILL | CHARLES | 379 |
| 370 | HILL | TARA | 264 |
| 371 | HILL | BRIAN | 94 |
| 372 | HILL | CODY | 24 |
| 373 | HILLIER | SHAWN | 984 |
| 374 | HILLIER | LEE | 984 |
| 375 | HILLIER | KRISTAL | 497 |
| 376 | HILLMAN | THOMAS | 873 |
| 377 | HIVELY | BRANDON | 220 |
| 378 | HOFMEISTER | DAVID | 213 |
| 379 | HOGUE | NEIL | 984 |
| 380 | HOLLO | DORIS | 163 |
| 381 | HOLMES | KEVIN | 118 |
| 382 | HORRELL | WILLIAM | 984 |
| 383 | HORTON | MONICA | 579 |
| 384 | HORTON | D'ANGO | 394 |
| 385 | HOSEA-WAGGONER | ANNE | 53 |
| 386 | HOST | MELISSA | 391 |
| 387 | HOTCHKISS | ROBERT | 315 |
| 388 | HOTCHKISS | JOSHUA | 984 |
| 389 | HOWARD | INDIA | 984 |
| 390 | HOWARD | BRIAN | 589 |
| 391 | HOWELL | JANE | 246 |
| 392 | HOWELL | JENNIFER | 21 |
| 393 | HOWSE | DEVIN | 984 |
| 394 | HUBBARD | JEANNE | 984 |
| 395 | HUFF | JAMES | 984 |
| 396 | HUFFMAN | DERRICK | 80 |
| 397 | HUKILL | MATTHEW | 763 |
| 398 | HUKILL | DAWN | 518 |
| 399 | HULL | ARON | 58 |
| 400 | HUMPHREY | GARY | 984 |
| 401 | HUNT | CHARLES | 71 |
| 402 | HURST | LORRIE | 168 |
| 403 | HURTON | AMBER | 984 |
| 404 | HUSTON | WAYNE | 984 |
| 405 | IRWIN | DEBRA | 434 |
| 406 | ISAACS | HELEN | 497 |
| 407 | JACKSON | DANIEL | 836 |
| 408 | JACKSON | STEPHANIE | 836 |
| 409 | JACKSON | MARCY | 53 |

COLLECTIVE CLASS MEMBERS DAYS WORKED

|  | A | B | C |
|---|---|---|---|
| 1 | Last Name | First Name | Days Worked in Relevant Period |
| 410 | JACOBS | STEPHEN | 54 |
| 411 | JAITE | CHARLES | 621 |
| 412 | JAVA | MARCUS | 688 |
| 413 | JEFFERSON | CORY | 613 |
| 414 | JENKINS | MARQUITA | 144 |
| 415 | JERNIGAN | KYLE | 134 |
| 416 | JEWELL | JOSHUA | 196 |
| 417 | JOHNSON | SARAH | 984 |
| 418 | JOHNSON | SARA | 984 |
| 419 | JOHNSON | SHAWN | 361 |
| 420 | JOHNSON | CHRISTOPHER | 261 |
| 421 | JOHNSON | JEREMY | 55 |
| 422 | JOHNSON | JEREMY | 984 |
| 423 | JOHNSON | VINCENT | 984 |
| 424 | JOHNSON | JENNIFER | 788 |
| 425 | JOHNSON | KRISTINE | 649 |
| 426 | JOHNSON | STACEY | 39 |
| 427 | JOHNSON | TODD | 9 |
| 428 | JOHNSON | BRANDIE | 369 |
| 429 | JONES | DEE DEE | 984 |
| 430 | JONES | MARK | 984 |
| 431 | JONES | SHAWN | 145 |
| 432 | JONES | NICHOLAS | 688 |
| 433 | JONES | SANDRA | 928 |
| 434 | JONES | HELEN | 184 |
| 435 | JONES MAY | LEONA | 984 |
| 436 | JUDD | DENNIS | 19 |
| 437 | KACZYNSKI | TINA | 984 |
| 438 | KAESER | TYLER | 525 |
| 439 | KALAL | GEORGE | 984 |
| 440 | KAUR | AMANDEEP | 984 |
| 441 | KELLAR | CRYSTAL | 543 |
| 442 | KELLUMS | KATHLEEN | 984 |
| 443 | KELLY | JAMIE | 50 |
| 444 | KENDALL | FINDLEY | 861 |
| 445 | KENDRICK | JUSTIN | 886 |
| 446 | KENNERLY | TOPEKA | 376 |
| 447 | KIDWELL | MELINDA | 984 |
| 448 | KILGORE | JESSICA | 948 |
| 449 | KILGORE | HARLAN | 827 |
| 450 | KILGORE | JESSICA | 194 |
| 451 | KING | DAMION | 6 |
| 452 | KING | JUSTIN | 176 |
| 453 | KING | NANCY | 144 |
| 454 | KINGERY | JENNIFER | 984 |
| 455 | KINNEY | EUGENE | 984 |
| 456 | KINNISON | BRIAN | 984 |
| 457 | KIRBY | DAVID | 493 |
| 458 | KLAGES | DEVON | 407 |
| 459 | KLAUCK | TIMOTHY | 409 |
| 460 | KLAUS | PATTY | 984 |

COLLECTIVE CLASS MEMBERS DAYS WORKED

|   | A | B | C |
|---|---|---|---|
| 1 | Last Name | First Name | Days Worked in Relevant Period |
| 461 | KLINGENSMITH | TIFFANY | 203 |
| 462 | KLINGMAN | JENNIFER | 471 |
| 463 | KNEPPER | MELINDA | 984 |
| 464 | KOCHANS | CYNTHIA | 525 |
| 465 | KOCHANS | CHRIS | 249 |
| 466 | KOHN | ARTHUR | 351 |
| 467 | KOLAT | THOMAS | 688 |
| 468 | KOLLEY | LISA | 984 |
| 469 | KONTUR | RONALD | 984 |
| 470 | KOVACH | SCOTT | 984 |
| 471 | KRAUSE | RONALD | 763 |
| 472 | KREBS | ADAM | 984 |
| 473 | KUKLO | KATRINA | 984 |
| 474 | KURZAWA | STEVE | 121 |
| 475 | KUZMICKUS | JENNIFER | 480 |
| 476 | LACKEY | CRYSTAL | 984 |
| 477 | LAMB | CHRISTINA | 984 |
| 478 | LAMBERT | CHRISTOPHER | 827 |
| 479 | LAMOSEK | CHERYL | 316 |
| 480 | LANFORD | WILLIAM | 29 |
| 481 | LANG | LORRAINE | 984 |
| 482 | LANIER | TYRA | 984 |
| 483 | LARK | DENISE | 554 |
| 484 | LATTIMORE | ANDRAE | 91 |
| 485 | LAWLOR | KEVIN | 984 |
| 486 | LAWRENCE | LOU | 441 |
| 487 | LAWSON | JAMES | 497 |
| 488 | LAYMAN | RODNEY | 579 |
| 489 | LAYNE | CALEB | 394 |
| 490 | LAYNE | BRANDI | 249 |
| 491 | LEE | CARMAN | 496 |
| 492 | LEE | FRED | 420 |
| 493 | LEE HUMPHREY | DIANA | 984 |
| 494 | LEHMANN | TIMOTHY | 984 |
| 495 | LEHMANN | ELIZABETH | 33 |
| 496 | LENDERMAN | DONNIE | 29 |
| 497 | LENNEY | TRACEY | 984 |
| 498 | LEROUX | IRVIN | 8 |
| 499 | LEW | DESARAE | 441 |
| 500 | LEWANSKI | SUZANNE | 984 |
| 501 | LEWIS | MICHAEL | 21 |
| 502 | LEZAIC | TRACEY | 984 |
| 503 | LICHTY | LARAE | 984 |
| 504 | LICHTY | MELISSA | 984 |
| 505 | LIEBERT | MARIA | 69 |
| 506 | LILES | CHARLES | 827 |
| 507 | LINDENMUTH | LUCAS | 984 |
| 508 | LINDENMUTH | ADAM | 984 |
| 509 | LINDSEY | PRESTON | 166 |
| 510 | LINK | JACOB | 60 |
| 511 | LITTELL | CLAUDIA | 984 |

COLLECTIVE CLASS MEMBERS DAYS WORKED

|  | A | B | C |
|---|---|---|---|
| 1 | Last Name | First Name | Days Worked in Relevant Period |
| 512 | LITTLE | CHRISTOPHER | 653 |
| 513 | LOCKE | SAVANNAH | 628 |
| 514 | LONG | TERRY | 653 |
| 515 | LONG | JACOB | 604 |
| 516 | LONG | MANUELA | 568 |
| 517 | LOWE | BRENT | 138 |
| 518 | LOWE | GLORIA | 11 |
| 519 | LOWRY | JONATHAN | 19 |
| 520 | LUFF | BARBARA | 984 |
| 521 | LUTZ | PAUL | 984 |
| 522 | LYNCH | ANITA | 688 |
| 523 | LYNCH | ASHLEY | 189 |
| 524 | MACALUSO | JOSEPH | 984 |
| 525 | MAGDYCH | MICHELLE | 984 |
| 526 | MAGOUIRK | ALEXANDRIA | 3 |
| 527 | MAHRAMAS | FRANK | 984 |
| 528 | MAJORS | CRAIG | 226 |
| 529 | MALCOLM | MELVILLE | 984 |
| 530 | MALLARD | JEREMY | 984 |
| 531 | MALLAS | JOANN | 984 |
| 532 | MALONE | TRACY | 984 |
| 533 | MANTEAU | CHRISTOPHER | 489 |
| 534 | MARES | CHERYL | 984 |
| 535 | MARIANI | THOMAS | 984 |
| 536 | MARIANI | NIKKI | 668 |
| 537 | MARSH | KYLIE | 984 |
| 538 | MARSH | GREGORY | 215 |
| 539 | MARSHALL | SAMUEL | 261 |
| 540 | MARTIN | TRACI | 126 |
| 541 | MARTIN | NANCY | 299 |
| 542 | MARTIN | SHEENA | 14 |
| 543 | MARTINEZ | ALEXIS | 589 |
| 544 | MASHBURN | MICHAEL | 984 |
| 545 | MASON | PATRICIA | 984 |
| 546 | MASON | DAVID | 510 |
| 547 | MASON | THEODORE JR | 68 |
| 548 | MASSEY | RYAN | 279 |
| 549 | MATTHEWS | AMBER | 211 |
| 550 | MAXWELL | KARI | 793 |
| 551 | MAY | WENONA | 459 |
| 552 | MAYHUGH | COREY | 984 |
| 553 | MAYLE | CHERYL | 866 |
| 554 | MAYO | RICK | 984 |
| 555 | MCCANN | GABRIEL | 948 |
| 556 | MCCARL | DAVID | 514 |
| 557 | MCCARTHY JONES | LORI | 984 |
| 558 | MCCAULEY | BRITTANY | 356 |
| 559 | MCCAULEY | AMANDA | 58 |
| 560 | MCCORMACK | MELISSA | 608 |
| 561 | MCCORMICK | DONALD | 65 |
| 562 | MCCORMICK | MELANIE | 599 |

COLLECTIVE CLASS MEMBERS DAYS WORKED

|  | A | B | C |
|---|---|---|---|
| 1 | **Last Name** | **First Name** | **Days Worked in Relevant Period** |
| 563 | MCDONALD | GRETCHEN | 469 |
| 564 | MCGEE | CADE | 286 |
| 565 | MCGEE | MATTHEW | 434 |
| 566 | MCINTOSH | CARLY | 984 |
| 567 | MCMAHAN | STEPHANIE | 361 |
| 568 | MCMAHAN | SONIA | 948 |
| 569 | MCMILLIN | RORY | 136 |
| 570 | MCNEESE | ANTHONY | 480 |
| 571 | MCPHERON | CHRISTOPHER | 19 |
| 572 | MCRAE | PHYLLIS | 201 |
| 573 | MCSWAIN | DOUGLAS | 984 |
| 574 | MCWHIRTER | JENNIFER | 984 |
| 575 | MEADOWS | LORETTA | 362 |
| 576 | MEEKS | GREGORY | 984 |
| 577 | MEEKS | NATHAN | 984 |
| 578 | MEEKS | MELISSA | 933 |
| 579 | MEEKS | DAVID | 379 |
| 580 | MEEKS | MIRANDA | 284 |
| 581 | MEEKS | BOBBY | 80 |
| 582 | MEEKS | JOHN | 79 |
| 583 | MELIUS | VALERIE | 203 |
| 584 | MELTON | AMY | 1 |
| 585 | MENDALSKI | ROY | 753 |
| 586 | MENDALSKI | KEITH | 3 |
| 587 | METCALF | DONALD | 30 |
| 588 | MEYERHOFF | BRITTANY | 321 |
| 589 | MILES | JOSHUA | 881 |
| 590 | MILLER | MARY | 866 |
| 591 | MILLER | HEATHER | 984 |
| 592 | MILLER | DANIELLE | 984 |
| 593 | MILLER | TIFFANI | 984 |
| 594 | MILLER | SIMON | 984 |
| 595 | MILLER | THOMAS | 984 |
| 596 | MILLER | NATHAN | 66 |
| 597 | MILLER | RAYMOND | 984 |
| 598 | MILLER | COLTON | 250 |
| 599 | MILLER | BEVERLY | 788 |
| 600 | MILLER | PHILIP | 186 |
| 601 | MILLS | MARIAN | 91 |
| 602 | MILLS | JAMES | 64 |
| 603 | MINES | AMY | 459 |
| 604 | MITCHELL | VICKI | 984 |
| 605 | MITCHELL | CAMERON | 984 |
| 606 | MITCHELL | DAVID | 886 |
| 607 | MONTENERI | FRANK | 984 |
| 608 | MONTGOMERY | SHAWN | 984 |
| 609 | MOON | RICHARD | 953 |
| 610 | MOORE | LIANNA | 233 |
| 611 | MOORE | AMANDA | 459 |
| 612 | MORALES | FAITH | 984 |
| 613 | MOREHOUSE | MATTHEW | 369 |

COLLECTIVE CLASS MEMBERS DAYS WORKED

| | A | B | C |
|---|---|---|---|
| 1 | Last Name | First Name | Days Worked in Relevant Period |
| 614 | MORGAN | ERIC | 514 |
| 615 | MORGAN | JEFFREY | 163 |
| 616 | MORGAN | CHARLES | 17 |
| 617 | MORRIS | TAGINA | 984 |
| 618 | MORRIS | STEPHANIE | 294 |
| 619 | MORRIS | JEREMY | 984 |
| 620 | MORRIS | MICHAEL | 914 |
| 621 | MORRISON | DERRICK | 3 |
| 622 | MORTON | MARQUIS | 11 |
| 623 | MOSLEY | FALLON | 14 |
| 624 | MOSTOLLER | DIANA | 179 |
| 625 | MULLINS | LINDA | 6 |
| 626 | MULLINS SR | DAVID | 984 |
| 627 | MUSCH | JEREMY | 984 |
| 628 | MUSGROVE | JOHNNIE | 589 |
| 629 | MYERS | JEFFREY | 688 |
| 630 | MYERS JR | PAUL | 163 |
| 631 | NANCE | JACQUEZS | 110 |
| 632 | NASH | ANGELIA | 489 |
| 633 | NEAL | WILLIAM | 984 |
| 634 | NEAL | JAMES | 39 |
| 635 | NEIGHBORS | RYAN | 128 |
| 636 | NELSON | CODY | 471 |
| 637 | NICHOLS | LINDA | 790 |
| 638 | NORTHCUTT | STEVON | 691 |
| 639 | NUNLEY | CODY | 394 |
| 640 | NUNLEY | BETSY | 379 |
| 641 | NUNLEY | CORY | 69 |
| 642 | O'CONNELL | MARTIN | 76 |
| 643 | OLDAKER | GERIANNE | 984 |
| 644 | OLIVER | CHASTITY | 144 |
| 645 | OLIVER | GARY | 144 |
| 646 | OLSON | DAVID | 984 |
| 647 | OLSON | MELISSA | 984 |
| 648 | OROSTIN | GUY | 984 |
| 649 | OWENS | JANET | 649 |
| 650 | PACK | LINDA | 30 |
| 651 | PAGAN | STACI | 984 |
| 652 | PALIPCHAK | MARY | 984 |
| 653 | PALMER | MONALISA | 984 |
| 654 | PARKER | LYNDA | 984 |
| 655 | PARKER | CHRISTOPHER | 948 |
| 656 | PARKER | SHIRANDA | 5 |
| 657 | PARKS | ASHLEY | 358 |
| 658 | PARKS | TERI | 525 |
| 659 | PARKS | ERIC | 249 |
| 660 | PARSONS | CHARNELL | 984 |
| 661 | PARTIN | TAMMY | 46 |
| 662 | PARTIN | BUDDY | 239 |
| 663 | PASEK | JESSE | 471 |
| 664 | PASEK | DYLAN | 261 |

COLLECTIVE CLASS MEMBERS DAYS WORKED

|  | A | B | C |
|---|---|---|---|
| 1 | Last Name | First Name | Days Worked in Relevant Period |
| 665 | PATE | STACY | 821 |
| 666 | PATEK | MELISSA | 261 |
| 667 | PAULLIN | VERONICA | 984 |
| 668 | PAXOS | EYDOKIA | 984 |
| 669 | PAYNE | KELLY | 345 |
| 670 | PAYTON | JOSHUA | 497 |
| 671 | PEACHOCK | CATHY | 984 |
| 672 | PENDERGRASS | DANNY | 984 |
| 673 | PENNOCK | ANDREW | 203 |
| 674 | PERECES | CHRISTOPHER | 984 |
| 675 | PETERSON | SHANNON | 433 |
| 676 | PETHERBRIDGE | ANDREW | 497 |
| 677 | PETRE | CHRISTINA | 284 |
| 678 | PHILLIPS | KAREN | 83 |
| 679 | PIPOLY | JOSEPH | 23 |
| 680 | PITTS | DAVID | 834 |
| 681 | PLATEK | JOSIAH | 931 |
| 682 | PLEVA | MARCIA | 984 |
| 683 | POFF | JENNIFER | 589 |
| 684 | POINTER | MAXIMILLION | 698 |
| 685 | POLITZER | JENNIFER | 953 |
| 686 | POLLOCK | JAMES | 10 |
| 687 | POLSON | ROBERT | 669 |
| 688 | POPE | KIMBERLY | 984 |
| 689 | POWELL | REGINA | 54 |
| 690 | PRITZ | JUSTIN | 18 |
| 691 | PULLIN | TONY | 518 |
| 692 | QUALLS | AVERY | 202 |
| 693 | RACH | JEANETTE | 763 |
| 694 | RAKESTRAW | ALEXANDER | 109 |
| 695 | RALSTON | CYNTHIA | 793 |
| 696 | RAMSEY | DENNIS | 714 |
| 697 | RAMSEY | MICHAEL | 13 |
| 698 | RAND | RICHARD | 138 |
| 699 | RANDALL | CHERYL | 984 |
| 700 | RANDALL | DANIEL | 316 |
| 701 | RANEY | SHANNA | 568 |
| 702 | RANKIN | TIMOTHY | 51 |
| 703 | RAWALT | AMY | 459 |
| 704 | RAY | DONNY | 697 |
| 705 | RAY | DOROTHY | 649 |
| 706 | REED | LINDA | 963 |
| 707 | REED | JASON | 6 |
| 708 | REED | RONALD | 654 |
| 709 | REED | NICHOLAS | 610 |
| 710 | REED | BRIAN | 525 |
| 711 | REESE | JANET | 276 |
| 712 | REITER | ROBERT | 203 |
| 713 | REITER III | ROBERT | 362 |
| 714 | REPP | IZALENE | 246 |
| 715 | REPP | JOSEPH | 566 |

COLLECTIVE CLASS MEMBERS DAYS WORKED

| | A | B | C |
|---|---|---|---|
| 1 | Last Name | First Name | Days Worked in Relevant Period |
| 716 | REYNOLDS | NATHAN | 261 |
| 717 | REYNOLDS | REBECCA | 984 |
| 718 | RICHARDS | JACK | 336 |
| 719 | RICHARDSON | SHANNON | 379 |
| 720 | RICO | CYNTHIA | 61 |
| 721 | RIDDLE | PATRICIA | 933 |
| 722 | RILEY | BRENT | 984 |
| 723 | RILEY | MICHAEL | 210 |
| 724 | RILEY | DIANA | 984 |
| 725 | RILEY | SHAWN | 94 |
| 726 | RILEY | VICKY | 984 |
| 727 | RITTER | KENNETH | 688 |
| 728 | RIVERS | COTICKA | 46 |
| 729 | ROACH | HEATHER | 362 |
| 730 | ROBINSON | DISHAWN | 984 |
| 731 | ROBINSON | JAMES | 59 |
| 732 | ROBY | RICHARD | 984 |
| 733 | ROCKHART | CANDACE | 788 |
| 734 | ROESER | MALISA | 984 |
| 735 | ROGERS | DEBRA | 984 |
| 736 | ROGERS | DONALD | 984 |
| 737 | ROGERS | MICHAEL | 869 |
| 738 | ROGERS | JOSHUA | 404 |
| 739 | ROGERS | CODYLEE | 588 |
| 740 | ROGERS | LASHAWN | 26 |
| 741 | ROLLER | CAMERON | 119 |
| 742 | ROLLINS | MARY | 568 |
| 743 | ROMAN | TIFFANY | 156 |
| 744 | ROMIGH | JILL | 984 |
| 745 | ROPER | JACOB | 3 |
| 746 | ROTH | VIVIAN | 613 |
| 747 | ROWE | CARY | 182 |
| 748 | RUSSELL | NICHOLAS | 984 |
| 749 | SALAZAR MARTINEZ | JORDAN | 65 |
| 750 | SANDERS | ROBERT | 886 |
| 751 | SANDERS | MATTHEW | 459 |
| 752 | SANDIFER | ANGELIQUE | 446 |
| 753 | SANTAY | CARL | 68 |
| 754 | SARTAIN | LARRY | 243 |
| 755 | SAYLOR | TODD | 140 |
| 756 | SCHABLOSKI | BERNICE | 485 |
| 757 | SCHABLOSKI | SARAH | 394 |
| 758 | SCHAUER | KATHRYN | 371 |
| 759 | SCHISLER | BENJAMIN | 984 |
| 760 | SCHLEGER | SAMANTHA | 820 |
| 761 | SCHMITZ | JOHN | 984 |
| 762 | SCHOONOVER | GREGORY | 984 |
| 763 | SCHWAB | JASON | 984 |
| 764 | SCHWENDEMAN | KURT | 984 |
| 765 | SCICOLONE | WILLIAM | 984 |
| 766 | SCISSOM | LANA | 649 |

COLLECTIVE CLASS MEMBERS DAYS WORKED

|   | A | B | C |
|---|---|---|---|
| 1 | Last Name | First Name | Days Worked in Relevant Period |
| 767 | SCISSOM | BRADLEY | 94 |
| 768 | SCOTT | JAMES | 385 |
| 769 | SCOTT | AMBER | 35 |
| 770 | SEAGROVES | EARLENE | 589 |
| 771 | SEAGROVES | AMY | 94 |
| 772 | SEAY | BRITTANY | 984 |
| 773 | SEAY | SHAMEKA | 405 |
| 774 | SEEM | DONALD | 984 |
| 775 | SEIVERS | CODY | 19 |
| 776 | SELLS | ZACHARY | 514 |
| 777 | SELLS | PHILLIP | 463 |
| 778 | SEYBERT | JENNIFER | 984 |
| 779 | SHAFER | JESSICA | 434 |
| 780 | SHAFFER | SOPHIA | 63 |
| 781 | SHANNON | JOHNATHAN | 948 |
| 782 | SHANNON | LORA | 454 |
| 783 | SHARPE | JEFFREY | 984 |
| 784 | SHEFFIELD | JERE | 448 |
| 785 | SHIELDS | REBECCA | 984 |
| 786 | SHOCKLEY | JASON | 514 |
| 787 | SHRUM | JOSHUA | 589 |
| 788 | SHRUM | CHARLES | 217 |
| 789 | SHRUM | JOSEPH | 61 |
| 790 | SIMMONS | MELISSA | 19 |
| 791 | SIMS | ANTHONY | 96 |
| 792 | SIMS | JUNE | 984 |
| 793 | SITZ | HEATHER | 18 |
| 794 | SKINNER | WILLIAM | 459 |
| 795 | SLY | STACY | 984 |
| 796 | SLY | KIMBERLIE | 785 |
| 797 | SMARTT | VERONICA | 525 |
| 798 | SMITH | REBECCA | 984 |
| 799 | SMITH | CHRISTOPHER | 984 |
| 800 | SMITH | STEVEN | 984 |
| 801 | SMITH | MAURICE | 613 |
| 802 | SMITH | LISA | 984 |
| 803 | SMITH | MELISSA | 984 |
| 804 | SMITH | CORY | 822 |
| 805 | SMITH | JEFFREY | 788 |
| 806 | SMITH | ZANDREA | 407 |
| 807 | SMITH | DYLON | 338 |
| 808 | SMITH | RANDALL | 379 |
| 809 | SMITH | SYLVIA | 19 |
| 810 | SNOW | SANDY | 984 |
| 811 | SOLE | TONY | 776 |
| 812 | SOLE | STACEY | 984 |
| 813 | SOLE | BRENDA | 598 |
| 814 | SOLE | MICHAEL | 984 |
| 815 | SOLOMON | DESTINY | 525 |
| 816 | SORNKLIN | KROTSHAPORN | 688 |
| 817 | SOTO CABRERA | JOSE | 394 |

COLLECTIVE CLASS MEMBERS DAYS WORKED

| | A | B | C |
|---|---|---|---|
| 1 | Last Name | First Name | Days Worked in Relevant Period |
| 818 | SOUTHALL | DEANDRE | 963 |
| 819 | SPAGNOLA | TRACI | 984 |
| 820 | STACEY | JOHN | 883 |
| 821 | STACEY | SOMVILAY | 184 |
| 822 | STAFFORD | JUSTIN | 37 |
| 823 | STANKIEWIZ | HEATH | 921 |
| 824 | STANLEY | JEFFREY | 984 |
| 825 | STANLEY | PHATSADY | 881 |
| 826 | STARKOWICZ | JOHN | 984 |
| 827 | STEADMAN | ELONDA | 313 |
| 828 | STEELE | KATHY | 984 |
| 829 | STEELE | WILLIAM | 193 |
| 830 | STEELE | JESSICA | 394 |
| 831 | STEFANIAK | JASON | 138 |
| 832 | STEINBERG | LADEANNA | 984 |
| 833 | STEPHENS | SHANNON | 948 |
| 834 | STEPHENS | STEVEN | 788 |
| 835 | STEPHENS | BRANDI | 525 |
| 836 | STEVENSON | CHAD | 415 |
| 837 | STOVALL | TIA | 963 |
| 838 | STOVALL | TAVERAS | 9 |
| 839 | STOVALL | MICHAEL | 639 |
| 840 | STOVALL | FANAAFI | 119 |
| 841 | STOWERS | CODY | 58 |
| 842 | STRICKLER | BRANDI | 124 |
| 843 | STROCK | ELAINE | 311 |
| 844 | SULIK | CAMERON | 297 |
| 845 | SWEETON | BRANDON | 144 |
| 846 | SWEITZER | SHANE | 984 |
| 847 | SWIPAS | JOHN | 343 |
| 848 | SYLER | DAVID | 264 |
| 849 | TASSINARO | CAROL | 54 |
| 850 | TATE | ERIC | 187 |
| 851 | TAYLOR | DONALD | 36 |
| 852 | TAYLOR | KRISTY | 61 |
| 853 | TAYLOR | SUZANNE | 361 |
| 854 | TAYLOR | DIAMOND | 933 |
| 855 | TAYLOR | JOSHUA | 669 |
| 856 | TEAFF | LAWRENCE | 984 |
| 857 | TENSFIELD | CRAIG | 359 |
| 858 | THOMAS | DENNIS | 833 |
| 859 | THOMAS | JAMAR | 984 |
| 860 | THOMAS | MISTY | 74 |
| 861 | THOMAS | CHRISTY | 135 |
| 862 | THOMPSON | CHARLES | 758 |
| 863 | THORP | JOANIE | 566 |
| 864 | TIETZ | KENT | 984 |
| 865 | TONEY | JEREMY | 696 |
| 866 | TONEY | TERESA | 543 |
| 867 | TORRES | JESUS | 39 |
| 868 | TRAMEL | CYNTHIA | 361 |

COLLECTIVE CLASS MEMBERS DAYS WORKED

|  | A | B | C |
|---|---|---|---|
| 1 | Last Name | First Name | Days Worked in Relevant Period |
| 869 | TRASK | ANDREW | 984 |
| 870 | TREICH | DENNIS | 984 |
| 871 | TRICE | KENNETH | 438 |
| 872 | TSANTES | ALEXANDROS | 579 |
| 873 | TUCKER | DAVID | 14 |
| 874 | TUNNICLIFF | CLYDE | 984 |
| 875 | TURNER | DANA | 984 |
| 876 | TURNER | STACY | 132 |
| 877 | TURNER | TIMOTHY | 984 |
| 878 | TURSACK | BETTY | 636 |
| 879 | TUTTLE | WILLIAM | 329 |
| 880 | TUTTLE | JOSEPHINE | 141 |
| 881 | TYNES | BERNADINE | 984 |
| 882 | UPTON | DAKOTA | 509 |
| 883 | USELTON | BJ | 489 |
| 884 | VANKANEGAN | VICTORIA | 984 |
| 885 | VANKANEGAN | STEVEN | 203 |
| 886 | VEGA | CHARLENE | 984 |
| 887 | VERVYNCK | AUSTIN | 155 |
| 888 | VINING | LISA | 10 |
| 889 | VINSON | JACOB | 886 |
| 890 | VONGRASSAMY | KEVIN | 948 |
| 891 | WAGNER | JUSTIN | 688 |
| 892 | WAGNER | JOSHUA | 688 |
| 893 | WALDROP | ROBERT | 261 |
| 894 | WALKER | ROBERT | 984 |
| 895 | WALKER | PIA | 984 |
| 896 | WALKER | MICHELLE | 850 |
| 897 | WALSH | DONNA | 70 |
| 898 | WARD | DAX | 589 |
| 899 | WARE | JIMMYE | 984 |
| 900 | WARE | JACKIE | 984 |
| 901 | WARNER | BRIAN | 613 |
| 902 | WARNER | TROY | 66 |
| 903 | WATSON | SEAN | 984 |
| 904 | WATSON | DANIEL | 178 |
| 905 | WATTERS | SHERRY | 616 |
| 906 | WATWOOD | DERRICK | 185 |
| 907 | WEAVER | AMY | 563 |
| 908 | WEBBER | HOLLY | 984 |
| 909 | WEINRAUCH | KEITH | 984 |
| 910 | WEISS | GRANT | 261 |
| 911 | WELCH | MICHAEL | 649 |
| 912 | WELLS | GRADY | 258 |
| 913 | WESTFALL | JERRY | 984 |
| 914 | WESTON | AMBER | 984 |
| 915 | WEYBRECHT | BRIDGET | 984 |
| 916 | WHEELOCK | DEBORAH | 566 |
| 917 | WHEELOCK | ROBERT | 164 |
| 918 | WHITAKER | KEENAN | 143 |
| 919 | WHITE | TINA | 984 |

COLLECTIVE CLASS MEMBERS DAYS WORKED

|    | A | B | C |
|----|----------|------------|---|
| 1 | Last Name | First Name | Days Worked in Relevant Period |
| 920 | WHITE | RAHSHAD | 984 |
| 921 | WHITE | GORDON | 984 |
| 922 | WHITTINGTON | KATHLYN | 984 |
| 923 | WILBURN | BETHANY | 659 |
| 924 | WILES | NANCY | 984 |
| 925 | WILLIAMS | CHRISTINE | 984 |
| 926 | WILLIAMS | JOHN | 303 |
| 927 | WILLIAMS | TRACI | 518 |
| 928 | WILLIAMS | JARMERICA | 368 |
| 929 | WILLIAMS | SPENCER | 459 |
| 930 | WILLIAMSON | KATELYN | 125 |
| 931 | WILLIS | ANDREW | 797 |
| 932 | WILLISON | AMBER | 138 |
| 933 | WILLOUGHBY | GROVER | 31 |
| 934 | WILLOUGHBY | ERICA | 116 |
| 935 | WILSON | JODI | 984 |
| 936 | WILSON | MIRANDA | 984 |
| 937 | WILSON | MILISSA | 984 |
| 938 | WILSON | CODY | 674 |
| 939 | WINFREY | KIMBERLY | 984 |
| 940 | WISEMAN | STEVEN | 639 |
| 941 | WISEMAN | JONATHAN | 31 |
| 942 | WISHART | ERIC | 362 |
| 943 | WITHERS | CASEY | 873 |
| 944 | WITHERSPOON | THERESA | 984 |
| 945 | WOOD | KEVIN | 361 |
| 946 | WOODALL | JOYCE | 394 |
| 947 | WOODS | DYLAN | 215 |
| 948 | WORKMAN | BARBARA | 518 |
| 949 | WRIGHT | ALFRED | 984 |
| 950 | WYNN | STEPHANIE | 688 |
| 951 | WYNN | LIONEL | 246 |
| 952 | YANSSENS | ROBERT | 346 |
| 953 | YEARY | TONYA | 984 |
| 954 | YENCHOCIC | DAVID | 984 |
| 955 | YODER | MATTHEW | 984 |
| 956 | YORK | MERCENE | 984 |
| 957 | YOST | WILLIAM | 984 |
| 958 | ZABEL | ALBERT | 485 |
| 959 | ZABROSKY | MATTHEW | 984 |
| 960 | ZABROSKY | TRISHA | 236 |
| 961 | ZURCHER | JACK | 984 |